Dear Mrs. Abel,

33,873-03,04

Please if its not too much
of a request - could you send me
the last ruling concerning my case
18-110 AAA - the last writ I filed -

Thank you -

Derrick L. Griffin
428486

P.S. was I sanctioned
for writ abuse by
the courts?

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk